

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-14-00001-CR

_____


MARIO ANTONIO RAMEY, Appellant

V.

THE STATE OF TEXAS, Appellee


On Appeal from the 71st District Court
Harrison County, Texas
Trial Court No. 06-0456X



Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

## MEMORANDUM OPINION

Mario Antonio Ramey, appellant, has filed a motion to dismiss his appeal. The motion was signed by both Ramey and his counsel in compliance with Rule 42.2(a) of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.2(a). As authorized by Rule 42.2(a), we grant the motion.

Accordingly, we dismiss this appeal.

Josh R. Morriss, III
Chief Justice

Date Submitted:    April 8, 2014
Date Decided:      April 9, 2014

Do Not Publish